JOSEPH A. SCALIA, II
Nevada Bar No. 5123
415 South Sixth Street, Suite 300
Las Vegas, Nevada 89101
Phone: (702) 678-6000
Fax :   (702) 471-7087
Email: bankruptcy@josephscalia.com
Attorney for Debtor

*Attorney for Petitioner*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>SEMION KRONENFELD<br>(Canadian Case No. 31-1297500)<br><br>           Debtor in a foreign proceeding. | Case No.: 14-10736 ABL<br><br>Chapter 15<br><br>DECLARATION OF SEMION KRONENFELD IN SUPPORT OF VERIFIED PETITION UNDER CHAPTER 15 FOR RECOGNITION OF A FOREIGN PROCEEDING |
|---|---|

I, Semion Kronenfeld, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.  I am over the age of 18 and, if called upon, could completely testify to all matters set forth in this statement based upon my own personal knowledge except for those portions specified as being otherwise. I make this declaration in connection with the Verified Petition Under Chapter 15 for Recognition of A Foreign Proceeding ("Petition").

2.  I am the Debtor in Canadian Bankruptcy Case No. 31-1297500. I am authorized to appear in this court as the foreign representative in this case. A true and correct copy of the Certificate of Filing of A Notice of Intention To Make A Proposal is attached hereto as Exhibit 1.

3.  By the Petition, I seek this Court's recognition of my bankruptcy proceeding as pending in Canada and supervised by the Canadian Court pursuant to subsections 50.4(1) of the

Bankruptcy and Insolvency Act as a "foreign main proceeding" under Sections 1502(4), 1504, 1515, 1517 of the Bankruptcy Code.

4. I operated several businesses and owned real estate for many years. During those years I was treated as a vip at American and Canadian casinos. I was provided markers and always repaid them.

5. This treatment led to a gambling addiction which I suffer from even today and am currently in treatment.

6. In 2008-2009, the worldwide financial market crashed and my properties became worth less than the debt service. My business ventures went under and Royal Bank froze my assets. I was unable to pay my gambling markers. Despite this problem, several casinos continued to feed my gambling addiction by providing additional markers.

7. On December 8, 2009, I filed a Notice of Intention to Make a Proposal attached as Exhibit 1 to my declaration.

8. The foreign proceeding is a volunatary proceeding pursuant to the Notice of Intention to Make a Proposal on December 8, 2009 under subsection 50.4(1) of the Bankruptcy and Insolvency Act ("Canadian Proceeding"). That foreign proceeding is the only proceeding with respect to my assets and debts.

9. Several American Casinos were named as creditors in the bankruptcy and filed claims or participated in the bankruptcy, ultimately receiving a percentage of the amounts owed.

10. However, the American Casinos continue to pursue debt collection means and this Chapter 15 petition is necessary in order to enforce the discharge in the Canadian Proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Dated this 06 day of February, 2014.

_____
Semion Kronenfeld

9. If the Court determines that Canada is not the center of main interests, and therefore the case commenced by this chapter 15 Petition is not treated as a foreign main proceeding, it is respectfully requested the Court entertain the Petition as one seeking recognition of, and relief respecting, a foreign non-main proceeding, as defined in Section 1502(5) of the Bankruptcy Code, as the Company has an establishment, as defined by Section 1502(2) of the Bankruptcy Code, located in Canada.

IN WITNESS WHEREOF, I have executed this Statement under penalty of perjury under the laws of the United States of America this 06 day of February, 2014.

_____

Semion Kronenfeld
Debtor