**SOBERMAN** INC.

2 ST. CLAIR AVENUE EAST, 10TH FLOOR
TORONTO, ONTARIO, M4T 2T5
TEL (416) 929-2500   Fax (416) 929-2555
www.soberman.com

December 9th, 2009

## TO THE CREDITORS OF MR. SEMION CRONENFELD

Please be advised that **Mr. Semion Cronenfeld** filed a Notice of Intention to Make a Proposal on December 7, 2009 under Section 50.4 the *Bankruptcy and Insolvency Act*. A copy of this Notice is enclosed.

This is a procedure whereby a debtor, with creditor and Court approval, reorganizes its financial affairs. Our role as Trustee in this matter is to assist the debtor with the development of a Proposal, to liaise with creditors so as to fully explain the Proposal to them and to support and facilitate the decision-making process which creditors will ultimately undertake, ending with their acceptance or rejection of the Proposal.

All liabilities, actual and contingent, of **Mr. Semion Cronenfeld** as at December 7, 2009 are subject to the Proposal mentioned above and are fixed by Section 62(1.1) of the *Bankruptcy and Insolvency Act* as at that date.

All creditors are stayed from commencing or continuing any actions as against **Mr. Semion Cronenfeld** until the Proposal is dealt with by creditors.

**Mr. Semion Cronenfeld** has thirty (30) days from the date of filing the Notice of Intention to Make a Proposal, subject to Court approved extensions of this time period, to lodge a Proposal with the Trustee so that we may file it with the Official Receiver.

We will be calling a meeting of creditors to consider the Proposal within twenty-one (21) days of the date on which the Proposal is filed. You will receive Notice of the meeting along with all other necessary documents including a proof of claim form and a voting letter, at least ten days in advance of the meeting.

Please feel free to contact our office at 416-929-2500 if you require any further information with respect to this matter.

Sincerely,

Soberman Inc.,
Trustee acting in re: the Proposal of
Semion Cronenfeld a debtor

Office of the Superintendent
of Bankruptcy Canada

An Agency of
Industry Canada

Bureau du surintendant
des faillites Canada

Un organisme
d'Industrie Canada

District of          Ontario
Division No.
Court No.         09 - Toronto
Estate No.        31-1297500
                       31-1297500

In the Matter of the Notice of Intention to make a
proposal of:

SEMION CRONENFELD
Insolvent Person

SOBERMAN INC.
Trustee

Date of the Notice of Intention:

December 07, 2009

## CERTIFICATE OF FILING OF A NOTICE OF INTENTION TO MAKE A PROPOSAL
### Subsection 50.4 (1)

I, the undersigned, Official Receiver in and for this bankruptcy district, do hereby certify that the aforenamed insolvent person filed a Notice of Intention to Make a Proposal under subsection 50.4 (1) of the *Bankruptcy and Insolvency Act.*

Pursuant to subsection 69(1) of the Act, all proceedings against the aforenamed insolvent person are stayed as of the date of filing of the Notice of Intention.

E-File/Dépôt Electronique

Date: December 08, 2009, 11:31

Official Receiver

Canada

25 St. Clair Avenue East, 6th floor, Toronto, Ontario, Canada, M4T1M2, (416)973-6486

District of:    Ontario
Division No.  09 - Toronto
Court No.
Estate No.

- FORM 33 -
Notice of Intention To Make a Proposal
(Subsection 50.4(1) of the Act)

In the matter of the proposal of
SEMION CRONENFELD (AKA SEMION CRONENFIELD, SIMION
CRONENFELD, SIMION CRONENFIELD, SEMION KRONENFELD, SIMION
KRONENFELD)
of the City of Toronto
in the Province of Ontario

Take notice that:

1. I, SEMION CRONENFELD, an insolvent person, state, pursuant to subsection 50.4(1) of the Act, that I intend to make a proposal to my creditors.

2. Soberman Inc. of 2 St. Clair Ave East, 10th Floor, Toronto, ON, M4T 2T5, a licensed trustee, have consented to act as trustee under the proposal. A copy of the consent is attached.

3. A list of the names of the known creditors with claims of $250 or more and the amounts of their claims is also attached.

4. Pursuant to section 69 of the Act, all proceedings against me are stayed as of the date of filing of this notice with the official receiver in my locality.

Dated at the City of Toronto in the Province of Ontario, this 7th day of December 2009.

SEMION CRONENFELD
Insolvent Person

To be completed by Official Receiver:

Filing Date  _____


_____
Official Receiver


Page 1 of 3

## STAY OF PROCEEDINGS

### IN THE MATTER OF THE NOTICE OF INTENTION TO MAKE A PROPOSAL OF SEMION CRONENFELD (AKA SEMION CRONENFIELD, SIMION CRONENFELD, SIMION CRONENFIELD, SEMION KRONENFELD, SIMION KRONENFELD) IN THE CITY OF TORONTO, OF THE PROVINCE OF ONTARIO

TAKE NOTICE THAT SEMION CRONENFELD has filed a *"Notice of Intention to make a Proposal"* with the Official Receiver on December 07, 2009, a copy of which is attached.

And further take Notice that under Section 69.1(1)(a) of the *Bankruptcy and Insolvency Act (Canada)*:

> *No creditor has any remedy against the insolvent person or the insolvent person's property, or shall commence or continue any action, execution or other proceedings for the recovery of a claim provable in Bankruptcy.*

And that under Section 69.1(1)(b):

> *No provision of a security agreement between the insolvent person and a secured creditor that provides, in substance, that on*

i)      *the insolvent person's insolvency,*

ii)      *the default by the insolvent person of an obligation under the security agreement, or*

iii)      *the filing by the insolvent person of a notice of intention under Section 50.4, or of a proposal under subsection 62(1) in respect of the insolvent person;*

> *the insolvent person ceases to have such rights to use or deal with assets secured under the agreement as the Debtor would otherwise have, has any force or effect.*

This Stay of Proceedings will be in effect until the Proposal is dealt with by the creditors, or if the company becomes Bankrupt.

SEMION CRONENFELD
614-262 RIDLEY BLVD,
TORONTO ON M5M4N6

Per: SEMION CRONENFELD

District of ........
Division No.        09 - Toronto
Court No.           Ontario
Estate No.

- FORM 79 -- Continued -

## LIABILITIES

Liabilities type code (LTC):
1 Real Property or Immovable Mortgage or Hypothec
2 Bank Loans (except real property mortgage)
3 Finance Company Loans
4 Credit Cards Bank/Trust Companies Issuers
5 Credit Cards Other Issuers
6 Taxes Federal/Provincial/Municipal
7 Student Loans
8 Loans from Individuals
9 Other

| Creditor | Address including postal code | Account No. | Unsecured | Secured | Preferred | LTC |
|---|---|---|---|---|---|---|
| ROYAL BANK OF CANADA | C/O BANKRUPTCYHIGHWAY BOX 57100 Toronto ON M8Y 3Y2 | 33496423001 | 0.00 | 1,734,677.48 | 0.00 | 2 |
| ROYAL BANK OF CANADA | C/O BANKRUPTCYHIGHWAY BOX 57100 Toronto ON M8Y 3Y2 | 334963399002 | 0.00 | 1,389,955.96 | 0.00 | 1 |
| HOME TRUST COMPANY | 1 MAIN ST WEST C/O GOWLING LAFLEUR HENDERSON Hamilton ON L8P 4Z5 | 50 DISERA DRIVE SUITE 1201 | 0.00 | 140,601.75 | 0.00 | 1 |
| SALVATORE EMPIRE INVESTMENTS | 801 LAWRENCE AVE EAST PH 5 Toronto ON M3C 3W2 | 50 DISERA DRIVE SUITE 1201 | 0.00 | 100,000.00 | 0.00 | 1 |
| ACT SECURITY SERVICES | 615 18th St Calgary AB T2E 6J5 | 20 00516265 | 244.59 | 0.00 | 0.00 | 9 |
| AMEX | C/O AKTIV KAPITAL 130 Dufferin Ave Suite 1001 London ON N6A 5R2 | 3735028191140 04 | 234,746.58 | 0.00 | 0.00 | 4 |
| BEST BUY | PO BOX 6300 Station Main Montreal QC H3C 3L2 | 8506 0110 0198 4185 | 6,983.45 | 0.00 | 0.00 | 5 |
| CHC CASINOS CANADA LTD (CASION RAMA) | KEITH M. LANDY C/O LANDY MARR KATS LLP, BARRISTERS & SOLICITORS, 2 SHEPPARD AVE EAST, SUITE 900, Toronto ON M2N 5Y7 | 16906F | 1,010,300.00 | 0.00 | 0.00 | 9 |
| CIBC - VISA | Attn: BANKRUPTCY & OPERATIONS DEPARTMENT 750 LAWRENCE AVE WEST, E6 Toronto ON M6A 1B8 | 4500 0301 0071 1310 | 89,801.89 | 0.00 | 0.00 | 5 |
| DAIMLERCHRYSLER FINANCIAL SERVICES | c/o BANKRUPTCYHIGHWAY.COM BOX 57100 Toronto ON M8Y 3Y2 | 2003 MERCEDES-BE NZ C55 | 1.00 | 0.00 | 0.00 | 3 |
| ENBRIDGE GAS - BANKRUPTCY DEPT | BOX 650 Toronto ON M1K 5E3 | 17 0158 491650 | 2,299.46 | 0.00 | 0.00 | 9 |
| FUTURE SHOP | c/o HSBC 5100 SHERBROOKE ST EAST, STE 100 Montreal QC H1V 3R9 | 8556 0110 0470 7181 | 6,540.01 | 0.00 | 0.00 | 5 |

Date
07-Dec-2009

SEMION GRONENFELD
Debtor

Page 3 of 9

Date
07-Dec-2009

LIABILITIES

| Creditor | Address including postal code | Account No. | Unsecured | Secured | Preferred | LTP |
|---|---|---|---|---|---|---|
| HOME TRUST COMPANY | 1 MAIN ST WEST c/o GOWLING LAFLEUR HENDERSON Hamilton ON L8P 4Z5 | 5940 YONGE ST UNIT 611 | 40,000.00 | 0.00 | 0.00 | 1 |
| LANDMARK VEHICLE LEASING | 8920 WOODBINE AVE, SUITE #104 Markham ON L3R 9W9 | 2006 LAND ROVER RANGER ROVER HSE | 23,063.03 | 0.00 | 0.00 | 3 |
| LANDMARK VEHICLE LEASING | 8920 WOODBINE AVE, SUITE # Markham ON L3R 9W9 | 2003 JEEP LIBERTY RENEGADE | 5,150.00 | 0.00 | 0.00 | 3 |
| LANDMARK VEHICLE LEASING | 8920 WOODBINE AVE SUITE 104 Markham ON L3R 9W9 | 2004 ROLLS ROYCE PHANTOM | 81,240.49 | 0.00 | 0.00 | 3 |
| LANDMARK VEHICLE LEASING | 8920 WOODBINE AVE SUITE 104 Markham ON L3R 9W9 | 2003 FERRARI 360 SPYDER | 50,058.33 | 0.00 | 0.00 | 3 |
| MBNA CANADA | c/o DRN COMMERCE INC. BOX 2514 London ON N6A 4G9 | 5491 9800 1560 1162 | 80,139.57 | 0.00 | 0.00 | 4 |
| MBNA CANADA | c/o DRN COMMERCE INC. BOX 2514 London ON N6A 4G9 | 5491 9808 8196 2763 | 23,614.17 | 0.00 | 0.00 | 4 |
| MERCEDES BENZ FINANCIAL | 2680 MATHESON BLVD, EAST SUITE 500 Mississauga ON L4W 0A5 | 2007 MERCEDES BENZ S550 | 37,241.54 | 0.00 | 0.00 | 3 |
| MERCEDES BENZ FINANCIAL | 2680 MATHESON BLVD, EAST SUITE 500 Mississauga ON L4W 0A5 | 2007 MERCEDES BENZ S550 | 29,291.30 | 0.00 | 0.00 | 3 |
| NISSAN CANADA FINANCE | 5290 ORBITOR DRIVE Mississauga ON L4W 4Z5 | 2006 NISSAN ALTIMA S 4D SEDAN | 1.00 | 0.00 | 0.00 | 3 |
| OLG, C.O.B. AS CASINO NIAGARA AND NIAGARA FALLSVIEW CASINO RESORT | c/o DAVIES HOWE PARTNERS - LAWYER 5TH FLR, 99 SPADINA AVE Toronto ON M5V 3P8 | | 1,000,000.00 | 0.00 | 0.00 | 6 |
| ROYAL BANK - VISA | c/o BANKRUPTCYHIGHWAY BOX 57100 Toronto ON M8Y 3Y2 | 4514 0116 0187 2896 | 55,888.56 | 0.00 | 0.00 | 4 |
| ROYAL BANK - VISA Attn: ALEXANDRA BANITSIOTIS | c/o BANKRUPTCYHIGHWAY BOX 57100 Toronto ON M8Y 3Y2 | 4514 0300 0551 0555 | 25,653.78 | 0.00 | 0.00 | 4 |
| ROYAL BANK - VISA | c/o BANKRUPTCYHIGHWAY BOX 57100 Toronto ON M8Y 3Y2 | 4516 0700 0048 9122 | 51,182.45 | 0.00 | 0.00 | 4 |

SEMION CRONENFELD
Debtor

District of Ontario
Division No. 09 Toronto
Court No
Estate No

- FORM 79 - Continued.

District of           Ontario
Division No         09 - Toronto
Court No.
Estate No.

- FORM 79 -- Continued -

| Creditor | Address including postal code | Account No. | Amount of debt | | | LTP |
|---|---|---|---|---|---|---|
| | | | Unsecured | Secured | Preferred | |
| ROYAL BANK OF CANADA | C/O BANKRUPTCYHIGHWAY BOX 57100 Toronto ON M8Y 3Y2 | 00192 5094230 | 17 866.40 | 0.00 | 0.00 | 2 |
| ROYAL BANK OF CANADA | C/O BANKRUPTCYHIGHWAY BOX 57100 Toronto ON M8Y 3Y2 | | 1.100.000.00 | 0.00 | 0.00 | 9 |
| TD BANK VISA | BANKRUPTCY DEPT. BOX 5567, STN B London ON N5A 6C7 | 4520 3400 0498 6157 | 15.995.14 | 0.00 | 0.00 | 5 |
| TECH DATA CANADA CORPORATION | IAN J. CANTOR C/OMINDEN GROSS LLP BARRISTERS AND SOLICITORS #2200-145 KING STREET WEST Toronto ON M5H 4G2 | LSUC #309891 | 354.743.59 | 0.00 | 0.00 | 9 |
| TORONTO HYDRO Attn: COLLECTIONS DEPARTMENT | 5800 YONGE ST., 2ND FLOOR Toronto ON M2M 3T3 | 001 324 228 043 1960 9 | 20.58 | 0.00 | 0.00 | 9 |
| zc...CONTINGENT CREDITORS | Toronto ON | | 0 00 | 0.00 | 0.00 | |
| zc. MGM GRAND HOTEL, LLC Attn: THOMAS A. PETERMAN, ESQ Contingent $ = 1,200,000.00 | 3799 LAS VEGAS BLVD. SOUTH Las VEGAS NV 89 109 | | 0.00 | 0.00 | 0 00 | 9 |
| zc..GREEN VALLEY RANCH STATION CASINO Contingent $ = 5,000,075.00 | CASINO ACCOUNTS RECEIVABLE 2300 PASEO VERDE PARKWAY HENDERSON NV 89 052 | | 0.00 | 0.00 | 0.00 | 9 |
| zc..TRUMP TAJ MAHAL ASSOCIATES, LLC Contingent $ = 5,000,000.00 | P.O.BOX 208 ATLANTIC CITY NJ 08 404-9909 | A/C 1851419 | 0.00 | 0.00 | 0.00 | 9 |
| zc..VENETIAN RESORT AND CASINO Contingent $ = 7,500,000.00 | 3355 SOUTH LAS VEGAS BLVD. Las VEGAS NV 89 109-8941 | | 0.00 | 0.00 | 0.00 | 9 |
| zz...SUPPLEMENTARY CREDITORS | MAILING LIST Toronto ON | | 0.00 | 0.00 | 0.00 | 9 |
| zz..AMEX BANK OF CANADA | C/O COLLECTCORP INC. 415 YONGE ST SUITE 2000 Toronto ON M5B 2E7 | 3735028191140 04 | 0.00 | 0.00 | 0.00 | 9 |
| zz..AMEX BANK OF CANADA | C/O MJR COLLECTION SERVICES LTD 7033 TELFORD WAY UNIT 17- 18 Mississauga ON L5S 1V4 | 3735028191140 04 | 0.00 | 0.00 | 0.00 | 9 |

LIABILITIES

07-Dec-2009
Date

SEMION CRONENFELD
Debtor

SEMION CRONENFELD
Debtor

Date
07-Dec-2009

- FORM 79 – Continued -

## LIABILITIES

| Creditor | Address including postal code | Account No. | Unsecured | Secured | Preferred | LTP |
|---|---|---|---|---|---|---|
| 22. BEST BUY | C/O IQOR CANADA LTD. 130-255 CONSUMERS RD Toronto ON M2J 1R4 | | 0.00 | 0.00 | 0.00 | 9 |
| 22. CASINO RAMA Attn: CUSTOMER SERVICES Contingent $ = 1 000.00 | R.R. # 6 BOX 178, 5899 RAMA RD Ramara ON L0K 1T0 | 103184 | 0.00 | 0.00 | 0.00 | 9 |
| 22. CHC CASINOS CANADA LTD & ONTARIO LOTTERY AND GAMING CORPORATION C.O.B as CASINO NIAGARA AND NIAGARA FALLSVIEW CASINO RESORT | AMBER STEWART C/O DAVIES HOWE PARTNERS, 99 SPADINA AVE, 5TH FLOOR, Toronto ON M5V 3P8 | | 0.00 | 0.00 | 0.00 | 9 |
| 22. DISTRICT COURT, CLARK COUNTY, NEVADA | DEPUTY CLERK 200 LEWIS AVE, 3RD FLOOR, SUITE 3125 Las Vegas NV 89 155 | CAS NO A 584436 | 0.00 | 0.00 | 0.00 | 9 |
| 22. ENBRIDGE GAS | C/O TOTAL CREDIT RECOVERY LTD. 225 YORKDALE LTD. Toronto ON M2J 4Y7 | | 0.00 | 0.00 | 0.00 | 9 |
| 22. FUTURE SHOP | C/O ALLIED INTERNATIONAL CREDIT CORP. 16635 YONGE ST UNIT 26 Newmarket ON L3X 1V6 | | 0.00 | 0.00 | 0.00 | 9 |
| 22. JUSTICE COURT, LAS VEGAS TOWNSHIP CLARK COUNTY, NEVADA | 200 LEWIS AVE. LasVEGAS NV 89 155 | 09F06690X | 0.00 | 0.00 | 0.00 | 9 |
| 22. LANDY MARR KATS LLP BARRISTERS & SOLICITORS | 900-2 SHEPPARD AVE EAST Toronto ON M2N 5Y7 | | 0.00 | 0.00 | 0.00 | 9 |
| 22. MBNA CANADA | C/O SKYLINK RECEIVABLES INC. 365-19567 FRASER HIGHWAY Surrey BC V3S 9Z4 | OB#133331 | 0.00 | 0.00 | 0.00 | 9 |
| 22. MBNA CANADA | C/O MEROVITZ & POTECHIN 200 CATHERINE ST SUITE 301 Ottawa ON K2P 2K9 | 873 5491980999583 | 0.00 | 0.00 | 0.00 | 9 |
| 22. MERCEDES-BENZ FINANCIAL | MARK LIEBERMAN C/O KRONIS, ROTSZTAIN, MARGLES, CAPPEL BARRISTERS AND SOLICITORS SUITE 700, 25 SHEPPARD AVE WEST North York ON M2N 6S6 | LSUC#43113K | 0.00 | 0.00 | 0.00 | 9 |

District of Ontario
Division No. 09 - Toronto
Court No.
Estate No.

- FORM 79 – Continued -

**LIABILITIES**

| Creditor | Address including postal code | Account No. | Unsecured | Secured | Preferred | LTP |
|---|---|---|---|---|---|---|
| zz. MERCEDES-BENZ FINANCIAL | C/O DAIMLERCHRYSLER FINANCIAL SERVICES CANADA INC. 2425 MATHESON BLVD. EAST SUITE 300 Mississauga ON L4W 5M7 | | 0.00 | 0.00 | 0.00 | 9 |
| zz. RBC | BRIAN W. MCCLUSKEY C/O GOWLING LAFLEUR HENDERSON LLP BARRISTERS AND SOLICITORS ONE MAIN STREET WEST, Hamilton ON L8P 4Z5 | LOAN # 334963399-002(S BM) | 0.00 | 0.00 | 0.00 | 9 |
| zz. RBC | KENNETH G. HOOOD C/O LAWRENCES, LAWRENCE, STEVENSON LLP, BARRISTERS & SOLICITORS 43 QUEEN STREET WEST, Brampton ON L6Y 1L9 | 2205AN | 0.00 | 0.00 | 0.00 | 9 |
| zz. SUPERIOR COURT OF JUSTICE | 7755 HURONTARIO ST Brampton ON L6W 4T6 | CV-08-4638-00 | 0.00 | 0.00 | 0.00 | 9 |
| zz. SUPERIOR COURT OF JUSTICE | 10TH FLOOR - 393 UNIVERSITY AVENUE Toronto ON M5G 1E6 | 07W-344652PD2 | 0.00 | 0.00 | 0.00 | 9 |
| zz. SUPERIOR COURT OF JUSTICE | 45 MAIN STREET EAST, SUITE 110 Hamilton ON L8N 2B7 | 09-10228 | 0.00 | 0.00 | 0.00 | 9 |
| zz. SUPERIOR COURT OF JUSTICE | 7755 HURONTARIO STREET Brampton ON L6W 4T6 | CV-09349-00 | 0.00 | 0.00 | 0.00 | 9 |
| zz. SUPERIOR COURT OF JUSTICE | 10TH FLOOR - 393 UNIVERSITY AVENUE Toronto ON M5H 2N9 | CV-09-375304 | 0.00 | 0.00 | 0.00 | 9 |
| zz. SUPERIOR COURT OF JUSTICE | 10TH FLOOR - 393 UNIVERSITY AVENUE Toronto ON M5H 2N9 | CV-09003718 32 | 0.00 | 0.00 | 0.00 | 9 |
| zz. TD VISA | C/O D&A COLLECTIONS 131 BRUNEL RD Mississauga ON L4Z 1X3 | | 0.00 | 0.00 | 0.00 | 9 |
| zz. TRUMP TAJ MAHAL ASSOCIATES, LLC | LORNE SILVER C/O CASSELS BROCK & BLACKWELL LLP, 2100 SCOTIA PLAZA Toronto ON M5H 5C2 | | 0.00 | 0.00 | 0.00 | 9 |

Date
07-Dec-2009

SEMION GRONENFELD
Debtor

Page 6 of 9

District of
Division No.      09 - Toronto
Ontario

Court No.
Estate No.

District of        Ontario
Division No        09 - Toronto
Court No
Estate No.

- FORM 79 -- Continued -

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | Unsecured | 4,342,066.91 | | | |
| TOTAL | Secured | | 3,365,235.19 | | |
| TOTAL | Preferred | | | 0.00 | |
| | | | TOTAL | 7,707,302.10 | |

| Pledged Assets | | |
|---|---|---|
| Creditor | Rank | Asset |
| ROYAL BANK CF CANADA | 1 | Real Property or Immovable - House - Toronto - 92 GERALD STREET |
| ROYAL BANK OF CANADA | 2 | Real Property or Immovable - House - Toronto - 92 GERALD STREET |
| HOME TRUST COMPANY | 1 | Real Property or Immovable - House - Vaughan - 50 DISERA DRIVE, SUITE 1201 |
| SALVATORE EMPIRE INVESTMENTS | 5 | Real Property or Immovable - House - Vaughan - 50 DISERA DRIVE, SUITE 1201 |

07-Dec-2009
Date

SEMION CRONENFELD
Debtor

Page 7 of 9