**Joseph A. Scalia, II, Esq.**
**THE SCALIA LAW FIRM**
Nevada Bar No. 5123
415 S. 6th Street, Suite 300
Las Vegas, Nevada 89101
Phone: (702) 678-6000
Fax :    (888) 812-6135
Email: bankruptcy@josephscalia.com
Attorney for Petitioner

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: **14-10736-ABL** |
| | Chapter 15 |
| SEMION KRONENFELD, | Hearing Date:  February 19, 2014 |
|               Petitioner. | Hearing Time: 2:00 p.m. |

<u>STATUS REPORT</u>

COMES NOW, Petitioner, Semion Kronenfeld (hereinafter "Petitioner"), by and through his counsel of record, The Scalia Law Firm, and submits the following Status Report pursuant to the Order Regarding Status Conference dated February 10, 2014.

**(I)     Status of Petition for Recognition of a Foreign Proceeding**

The Petition for Recognition of a Foreign Proceeding was filed on or about February 3, 2014. On or about February 4, 2014, the United State Bankruptcy Court issued a Summons setting the deadline to file a motion or answer to Petition for Recognition on or about February 25, 2014. Since that time, the Debtor has been submitting all the documents as required by the Bankruptcy Rules including, but not limited to, the Verified Petition Under Chapter 15 for Recognition of a Foreign Proceeding (Docket No. 5), List Filed Pursuant to Bankruptcy Rule 1007(a)(4) of Administrators in Foreign Proceedings, Litigation Parties and Entities Against Whom Relief is ought Under

. . .

11 U.S.C. § 1519 (Dock No. 6) and Statement if Foreign Representative as Required By 11 U.S.C. § 1515 (Docket No. 9). Additionally, on or about February 10, 2014, counsel mailed the aforementioned Summons to the list of creditors on the matrix.

DATED this 10th day of February, 2014.

*/s/ Joseph A. Scalia*
Joseph A. Scalia, Esq.
Nevada Bar No. 5123
415 S. 6th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  (702) 678-6000
**Attorney for Petitioner**

**CERTIFICATE OF SERVICE**

On, February 10, 2014, I served the following document:

**STATUS REPORT**

I served the above-named document(s) by the following means to the persons as listed below:

    a.   ECF System:

JOSEPH A. SCALIA, II on behalf of Foreign Representative Semion Kronenfeld
bankruptcy@josephscalia.com,  bkdesk@josephscalia.com

    b.      United States mail, postage fully prepaid, addressed as follows: See attached matrix.

    c.      Personal Service

    d.      By direct mail (as opposed to through ECF System)

    e.      By fax transmission

    f.      By messenger

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of February, 2014.

/s/ Rikki M. Poll
An employee of Joseph A. Scalia, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 14-10736-abl<br>District of Nevada<br>Las Vegas<br>Mon Feb 10 11:32:38 PST 2014 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | Caesars Palace, d.b.a Harrah's Las Vega<br>3570 Las Vegas Boulevard South<br>Las Vegas, NV 89109-8924 |
| Clark County Assessor<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy<br>Box 551401<br>Las Vegas, NV 89155-1401 | Clark County District Attorney<br>301 E. Clark Ave #100<br>Las Vegas, NV 89101-6535 | MGM Resorts International Ops, Inc.<br>4882 Frank Sinatra Drive<br>Las Vegas, NV 89158-4316 |
| Nevada Department of Taxation<br>Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101-1046 | United States Trustee<br>300 Las Vegas Blvd., South 4300<br>Las Vegas, NV 89101-5803 | Venetian Casino Resort, LLC<br>3355 Las Vegas Blvd., South<br>Las Vegas, NV 89109-8941 |
| JOSEPH A. SCALIA II<br>415 SOUTH SIXTH STREET, SUITE 300<br>LAS VEGAS, NV 89101-6937 | Semion Kronenfeld<br>77 Gerald St.<br>Toronto OntarioM2L2M9 Canada | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients     0<br>Total                  10 |